UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-CR-00361 RWS |
| MONIQUE CAMPBELL, | ) ) ) |
| Defendant. | ) |

## INFORMATION

**BACKGROUND**

1. At all times relevant to this Indictment:

    a. Saint Louis County was a local government that received Federal assistance in excess of $10,000 during the calendar year of 2019.

    b. Defendant was an employee and agent of Saint Louis County, whose duties included being a medical assistant for the Health Department.

**COUNT I**

The United States Attorney charges that:

2. On or about December 18, 2019, in the Eastern District of Missouri,

**MONIQUE CAMPBELL,**

the Defendant herein, did corruptly solicit, demand, accept and agree to accept a thing of value, that is $500 cash, from a person, intending to be rewarded in connection with a transaction and a series of transactions of Saint Louis County involving $5,000 or more, that is, the threat of shutting down a convenience store for health violations.

In violation of, and punishable under, Title 18, United States Code, Section 666(a)(1)(B).

1

## COUNT II

The United States Attorney charges that:

3. On or about December 23, 2019, in the Eastern District of Missouri,

**MONIQUE CAMPBELL,**

the Defendant herein, did corruptly solicit, demand, accept and agree to accept a thing of value, that is $1,500 cash, from a person, intending to be rewarded in connection with a transaction and a series of transactions of Saint Louis County involving $5,000 or more, that is, the threat of shutting down a convenience store for health violations.

In violation of, and punishable under, Title 18, United States Code, Section 666(a)(1)(B).

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ John J. Ware*
JOHN J. WARE, #40880MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

2

UNITED STATES OF AMERICA    )
EASTERN DIVISION             )
EASTERN DISTRICT OF MISSOURI )

I, John J. Ware, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

        /s/ John J. Ware
        JOHN J. WARE, #40880MO

Subscribed and sworn to before me this __26th__ day of June, 2024.



        Nathan M. Graves
        CLERK, U.S. DISTRICT COURT

By:         /s/ JKL
        DEPUTY CLERK